# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES D. SISK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19CV679 |
| ) | |
| KENNETH LASSITER, et al., ) | |
| ) | |
| Defendant(s). ) | |

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On July 3, 2019, Plaintiff proceeding *pro se* filed the instant action against several Defendants. (Docket Entry 2.) The Court conditionally granted *in forma pauperis* status, and ordered Plaintiff to submit summonses for each defendant named in the Complaint. (Docket Entry 3.) Plaintiff failed to submit a summons for Defendant Sgt. Powell. The Court thereafter entered an Order informing Plaintiff that he failed to submit a summons for said Defendant. (Text Order dated 7/8/2020.) The Order further instructed Plaintiff to submit a summons for Defendant Sgt. Powell no later than August 7, 2020. (*Id.*) To date, Plaintiff has failed to comply with the Court's previous Order. Plaintiff was forewarned that failure to comply with the Order would result in dismissal of this action against Defendant Sgt. Powell. (*Id.*) Accordingly,

**IT IS HEREBY RECOMMENDED** that this action be dismissed against Defendant Sgt. Powell without prejudice for Plaintiff's failure to comply with the Court's prior Order.

_____
Joe L. Webster
United States Magistrate Judge

August 24, 2020