IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES D. SISK, )
)
        Plaintiff, )
)
v. ) 1:19-CV-679
)
KENNETH LASSITER, et al., )
)
        Defendants. )

## ORDER AND JUDGMENT

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Recommendation was served on the plaintiff. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED AND ADJUDGED** that this action is filed and dismissed *sua sponte* without prejudice as to the defendant Sgt. Powell for failure to comply with the Court's prior Order.

This the 1st day of October, 2020.

                                            UNITED STATES DISTRICT JUDGE